**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                **RE:   Stanley H. HERTING, III
                    Docket Number:  2:04CR00035-01
                    <u>CONTINUANCE OF STATUS HEARING</u>**

Your Honor:

The above referenced case was set for evidentiary hearing on violations of Supervised Release on March 3, 2006 at 1:30 pm.  Since the setting of that hearing, a new attorney has been assigned to represent the releasee, Timothy Zindel, Assistant Federal Defender. Mr. Zindel has not yet had an opportunity to meet with his client, and hopes to resolve the violation without an evidentiary hearing.  Therefore, it is respectfully requested this case be continued to March 24, 2006 at 9:00 am, for status.

                                  Respectfully submitted,

                                  /s/ Dayna D. Ward

                                **DAYNA D. WARD
                    United States Probation Officer**

Dated:        March 3, 2006
              Roseville, California
              DDW

**REVIEWED BY:**        /s/ Joe E. Glaspie
                        **JOE E. GLASPIE
                        Deputy Chief United States Probation Officer**

**Re:   Stanley H. HERTING, III
Docket Number:   2:04CR00035-01
<u>CONTINUANCE OF STATUS HEARING</u>**

cc:   Christine Watson
Assistant United States Attorney

Timothy Zindel
Defense Counsel

AGREE: X_____          DISAGREE: _____

_____          _____
Dated:  March 10, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge