1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   STANLEY HERTING III

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. 2:04-cr-0035-GEB
                                   )
13               Plaintiff,        )
                                   )  **STIPULATION AND ORDER**
14       v.                        )  **CONTINUING SURRENDER DATE**
                                   )
15  STANLEY HERTING III,           )
                                   )
16               Defendant.        )
                                   )  Judge: Hon. Garland E. Burrell, Jr.
17  _____)

18

19       **IT IS HEREBY STIPULATED** between plaintiff, United States of America,

20  and defendant, Stanley Herting, through their respective attorneys, that

21  the date for Mr. Herting's surrender for service of sentence (presently

22  scheduled for June 9, 2008) may be continued nine days to June 18th, 2008.

23       Defendant was sentenced to a term of three months BOP custody on May

24  9, 2008, and ordered to surrender to serve that sentence on June 9, 2008.

25  The Marshal's Office today informed defense counsel that it did not send

26  the Judgment and Commitment order to the Bureau of Prisons until earlier

27  this week, leaving BOP insufficient time to designate Mr. Herting's place

28  of confinement.  Because of the likelihood BOP will designate a facility

closer to Mr. Herting's home in Idaho, the parties agree that his
surrender date may be continued as set forth above to allow time for the
designation.  The parties agree that the only directive changed by this
order is the surrender date – all other orders and conditions are to
remain in effect.

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

Dated:  June 5, 2008          /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for STANLEY HERTING


                              MCGREGOR W. SCOTT
                              United States Attorney


Dated:  June 5, 2008          /s/ T. Zindel for P. Ferrari
                              PHILIP A. FERRARI
                              Assistant United States Attorney


                              **ORDER**

     Defendant's surrender date is hereby continued to Wednesday, June
18, 2008, with the time remaining at 2:00 p.m.  All previous orders of
the court remain in full force and effect.

Dated:  June 6, 2008


                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge